**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

**In Re:**   *CHARLES D WOLF*                                    **Case No.:**   *09-09651-8-RDD*
          *TERESA P WOLF*

REPORT OF UNCLAIMED DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

NAME AND LAST KNOWN ADDRESS                          AMOUNT OF DIVIDEND

*RICHARD C. POOLE*                                                $4.60
*1510 E. ARLINGTON BLVD. STE. B*
*ATTORNEY AT LAW*
*GREENVILLE, NC 27858-0000*

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  April 4, 2011

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295